No. 213. INDIAN TOWING Co., INC. ET AL. *v.* UNITED STATES. Certiorari, 348 U. S. 810, to the United States Court of Appeals for the Fifth Circuit. Argued February 10, 1955. Decided April 11, 1955. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Richard B. Montgomery* argued the cause for petitioners. With him on the brief was *Cicero C. Sessions. Lester S. Jayson* argued the cause for the United States. With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney.*

No. 584. SEABOARD AIR LINE RAILROAD Co. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of Virginia. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *James B. McDonough, Jr.* and *Charles T. Abeles* for appellant. *Solicitor General Sobeloff, Charles H. Weston* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *R. B. Gwathmey* for the Atlantic Coast Line Railroad Co., appellees.

No. 611. LAZAR *v.* OKLAHOMA. Appeal from the Criminal Court of Appeals of Oklahoma. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *John B. Dudley* for appellant.